DeJuan M. Hopson #T481958
Name and Prisoner/Booking Number

Lower Buckeye Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, Arizona 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
___ RECEIVED ___ COPY
APR 2 3 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

DeJuan M. Hopson,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) J. Aleander,
(Full Name of Defendant)

(2) Grissom #20023,

(3) John Doe #1,

(4) John Doe #2,

Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV 20-00128-PHX-SMB (DMF)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

Jury Trial Demanded

☐ Original Complaint
☑ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: 1564 E. Ray Rd, Gilbert, Arizona

**550/555**

Revised 3/11/16                                    1

(5) John Doe #3
    (Defendant)
(6) John Doe #4
    (Defendant)

1-A

## B. DEFENDANTS

1. Name of first Defendant: J. Alexander #20639. The first Defendant is employed as: Detective (Position and Title) at Mesa Police Department (Institution).

2. Name of second Defendant: Crisson #20023. The second Defendant is employed as: Officer (Position and Title) at Mesa Police Department (Institution).

3. Name of third Defendant: John Doe #1. The third Defendant is employed as: Officer (Position and Title) at Mesa Police Department (Institution).

4. Name of fourth Defendant: John Doe #2. The fourth Defendant is employed as: Officer (Position and Title) at Mesa Police Department (Institution).

(See Attachment Page 2-A)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

B. Defendants:

(5) Name: John Doe #3
Title: Officer
Location: Mesa Police Department

(6) Name: John Doe #4
Title: Officer
Location: Mesa Police Department

2-A

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: _Fourth and Fourteenth Amendment to U.S. Constitution_.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _On January 25, 2018 at approx 4:00 pm after arriving at the Circle-K located at 1564 East Ray Rd, in Gilbert Arizona and during a private conversation in my vehicle I was approached at Gun Point by Detective J. Alexander (Defendant #1). Without any provocation or resistance on my part, My drivers side door was opened and I was forcefully removed from my Vehicle. Defendant #1 placed his hand on my left arm, grabbing it with enough force to put me in a state of shock and make me think that I was being robbed. Defendant #1 did not announce prior to any action being taken that he was a police officer. While this was going on I clearly saw Officer Grissom (Defendant #2) standing right in front of my Vehicle with his gun pointed directly at me as if to challenge me to resist so he could shoot me. At the same time Defendant #1 forcefully placed me in handcuffs and verbally dared me to make a move in resistance to his actions. Defendant #1's Vehicle was parked directly behind my Vehicle as to prevent me from leaving the area. At the same time John Doe #1 (Doe #1) was pulling my associate out of the passenger side of my Vehicle using the same exact procedure and force. (See attached Page 3-A, Count-1 D-3)_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _Depression, Anxiety, Loss of Sleep, Nervous, and a fear of Retaliation of more Assault._

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Pre-Incarceration Violations_

3

Count I.

3. Supporting Facts: Con't

While John Doe #2, John Doe #3 and John Doe #4 stood by with theire Guns drawn and pointed directly at me and my passenger. At no time during this altercation did either I nore my passenger Resist or make any threatening moves either verbally or physically to warrant the actions taken by Defendants #1 or #2, or John Doe #1 - #4.

At the conclusion of this ordeal I was arrested Case No. CR 2018-104563-001 and Charged with Misconduct involving weapons which was dismissed on April 28, 2019 by the Hon. Kathleen Mead after a Suppression Motion was granted.

3-A

# COUNT II

1. State the constitutional or other federal civil right that was violated: <u>Fourth and Fourteenth Amendment to the U.S. Constitution.</u>

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: <u>Arrest, Search and Seizure</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On January 25, 2018 at approx 4:15 pm after being forced out of my Truck at the Circle-K located at 1564 East Ray Road, in Gilbert, Arizona. I was handcuffed with my hands behind my back pulled to the curb and instructed to sit down by Detective J. Alexander (Defendant #1). Who then instructed Officer Gunderson (Defendant #2) to stand behind me, which he did watching my every move. At this same time John Doe #1 through #4 was instructed by Defendant #1 to search my Vehicle. At the Conclusion of there search only Marijuana was found for which I informed Defendant #1 and #2 that I was a Medical Marijuana Card holder. After hearing this statement Defendant #1 took it upon himself and Re-Searched my Vehicle, discovering a Weapon. I then was charged with Prohibited Possessor, Failure to admit, and Possession of Marijuana Case Number CR-2018-104563-001, all charges were dismissed on April 28, 2019 by Honorable Judge Kathleen Mead after granting my Motion to Suppress for Unlawful arrest, No probable cause, and No Reasonable Suspension.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Depression, Anxiety, Loss of sleep, Nervous, and fear of Retaliation.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Count II?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Pre-Incarceration Violations</u>

4

# COUNT III

1. State the constitutional or other federal civil right that was violated: <u>Fourth and Fourteenth Amendment to the U.S. Constitution</u>.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☒ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On January 25, 2018 at approx 4:00pm while at the Circle-K store located at 1564 East Ray Rd, in Gilbert, Arizona I was approached at Gun point by a total of Six (6) Mesa Police officers, which included Detective J. Alexander (Defendant #1) and Officer Grissom (Defendant #2). I was pulled from my by force, Handcuffed behind my back, instructed to sit on the curb. This was all done by Defendants #1 and #2 with zero Resistance on my part and no probable cause, no Reasonable suspicion of criminal activity. Defendant #2 learned that my License was suspended and ordered my Vehicle Impounded.
   Defendant #1 and #2 did not learn my Identity or that my License was suspended until after I was unreasonable pulled from my Vehicle at Gun point. Defendant #1 ordered a 30-day hold be placed on my Vehicle to prevent anyone from retrieving it and to increase daily storage fee's. Although I was arrested on charges steming from this incident all were dismissed in my favor on April 28, 2019 after a motion to suppress was granted by Hon. Judge Kathleen Mead.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Depression, Anxiety, Loss of Sleep, Nervous, and a fear of Retaliation as well as my GMC-SUV Vehicle.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Pro-Incarceration Violation.</u>

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:
1) Termination of All Six Officers (Defendants #1 and #2, and John Doe's #3-#6)
2) Compensatory damages in the amount of $25,000 dollars
3) Punitive damages in the amount of Five Million dollars.
4) Injunctive Relief to be determined.
5) Court Cost and Fee's Incurred

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___April 15th 2020___
       DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# MARICOPA COUNTY SHERIFF'S OFFICE

## CERTIFICATION

I hereby certify that on this date  **4/20/20**

I mailed the original to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

**X** Hon  **Susan M Brnovich**  United States District Court, District of Arizona.

**X** Hon  **Deborah M Fine**  United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ Other _____

___ Other _____

*CGerdes*  B0429
Legal Support Specialist Signature  S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009