Alexander J. Lindvall (#034745)
CITY OF MESA ATTORNEY'S OFFICE
MS-1077
P.O. Box 1466
Mesa, Arizona 85211
(480) 644-2343
mesacityattorney@mesaaz.gov

Attorneys for Defendants Jacob Alexander & Brandon Grissom

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| DeJuan M. Hopson,<br><br>                    Plaintiff,<br><br>   v.<br><br>J. Alexander et al.,<br><br>                    Defendants. | No.  CV-20-00128-PHX-SMB (DMF)<br><br>**DEFENDANTS' NOTICE OF APPEAL TO THE NINTH CIRCUIT** |

   Defendants Jacob Alexander and Brandon Grissom give notice that they are appealing this Court's partial denial of their motion for summary judgment (Doc. 31) to the U.S. Court of Appeals for the Ninth Circuit.

   DATED this 13th day of October 2021.

                              CITY OF MESA ATTORNEY'S OFFICE

                              _____
                              Alexander J. Lindvall
                              Assistant City Attorney

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2021, I served the attached document by mail on the following, who is not a registered participant of the CM/ECF System:

>Dejuan Markeiss Hopson, #T481958
>Maricopa County Sheriff's Office
>3250 W. Lower Buckeye
>Phoenix, AZ 85009
>*Pro Se Plaintiff*

/s/ Toni Aglialoro